**No. 47144.**—Protests 9828–K, etc., of American Machine & Foundry Co. (New York).

Opinion by DALLINGER, J. From the testimony of two witnesses on behalf of the plaintiff the machines in question and parts thereof were found to be pipe tobacco packaging machines. In accordance therewith they were held dutiable at 17½ percent under paragraph 372 and T. D. 49753 as claimed.